# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE:<br>Brian James Flasher<br><br>Debtor(s). | C/A No. 22-03431-eg<br>Chapter 7<br><br>**ORDER GRANTING RELIEF FROM AUTOMATIC STAY** |

This matter is before the Court on motion (dkt. #11) of Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. ("Movant") seeking relief from the automatic stay. The Movant has waived claims arising under 11 U.S.C. §§ 503(b), 507(b). Based upon the certification of Movant the motion is granted and it is

ORDERED that the automatic stay is lifted as to: 386 Montego Bay Road, DuBois, Pennsylvania 15801 (the "collateral"). Movant may send any required notice to Debtor(s) and proceed with its remedies against the collateral.

**AND IT IS SO ORDERED**

**FILED BY THE COURT**
**03/03/2023**



Entered: 03/03/2023

Elisabetta G. M. Gasparini
US Bankruptcy Judge
District of South Carolina

Entered: 03/03/2023